```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION


OASIS HEALTH AND REHAB
OF YAZOO CITY, LLC                                    PLAINTIFF

VS.                        CIVIL ACTION NO. 3:13-cv-835(DCB)(MTP)

ROCHELLE COLEMAN, INDIVIDUALLY
AND AS PERSONAL REPRESENTATIVE
ON BEHALF OF ALL THE WRONGFUL
DEATH BENEFICIARIES OF SHIRLEY
COLEMAN, DECEASED                                     DEFENDANTS
```

## ORDER

This cause is before the Court on the defendant Rochelle Coleman's (in her individual and representative capacities) motion to dismiss (docket entry 4), and on the plaintiff Oasis Health and Rehab's motion to enforce arbitration agreement (docket entry 7) and motion to stay proceedings in state court (docket entry 9). The parties having notified the Court of their intention to settle this matter pending Chancery Court approval, accordingly,

IT IS HEREBY ORDERED that the defendant Rochelle Coleman's motion to dismiss **(docket entry 4)**, and the plaintiff Oasis Health and Rehab's motion to enforce arbitration agreement **(docket entry 7)** and motion to stay proceedings in state court **(docket entry 9)** are MOOT.

SO ORDERED, this the 28th day of March, 2014.


                              /s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE